No. 308. Eugene K. Pape, by Elsie Wilson Pape, guardian ad litem, *v.* United States. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of

Appeals for the Ninth Circuit denied. *Mr. Overton G. Ellis* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for the United States.